# YurowitzLaw PLLC

**MEMO ENDORSED**

STEVEN Y. YUROWITZ

~

WILLIAM J. DOBIE

July 19, 2024

**By ECF**
Honorable Victoria Reznik
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:  *United States v. Joel Reich*
24 cr 335 (KMK)

Dear Magistrate Judge Reznik:

As Your Honor is aware, this firm is counsel to the defendant Joel Reich in the above-referenced matter.  I am writing to request a modification of Mr. Reich's bail conditions.  Mr. Reich's elderly in-laws have a summer home in Bethlehem, New Hampshire, and his wife and her siblings along with their families take turns staying with her parents over the summer weekends.  Mr. Reich would like for him and his family to be able to participate in that rotation.  Accordingly, we are respectfully requesting that Mr. Reich's bail conditions be modified to permit travel by car to and from the District of New Hampshire.  Mr. Reich's bail conditions already permit him to travel to the Northern District of New York.  To drive to Bethlehem, he would need permission to also travel through the Districts of Massachusetts and Vermont.

I have communicated with AUSA Margery Feinzig and the government consents to the proposed modification.  I have made several attempts to get through to Mr. Reich's pre-trial services officer, but I have yet to hear back from them regarding their position on this request.

Accordingly, Mr. Reich respectfully requests that his bail conditions be modified to permit travel to the Districts of Massachusetts, Vermont and New Hampshire.

APPLICATION GRANTED

Hon. Victoria Reznik, U.S.M.J.
7/19/24

Respectfully submitted,

Steven Y. Yurowitz

cc:  AUSA Margery Feinzig (by ECF)
     PTS Viosanny Harrison (by email)
SYY/hms