# YurowitzLaw PLLC

STEVEN Y. YUROWITZ

~

WILLIAM J. DOBIE

September 23, 2024

**By ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Joel Reich*
No. 24 Cr. 335 (KMK)

Dear Judge Karas:

    This firm represents Joel Reich, the defendant in the above-referenced matter. I am writing to request a one-week extension within which to submit objections to the PSR. This request is necessitated by the need to meet with my client to go over the report, which I have not been able to do you. I have communicated with AUSA Margery Feinzig and the government has no objection to this request.

    Accordingly, we respectfully request that defendant's time to submit objections be extended until Monday, October 1, 2024.

Granted, but there will be no further extensions of this deadline.

So Ordered
9/23/24

Very truly yours,

Steven Y. Yurowitz

cc: AUSA Margery Feinzig (by ECF)
    USPO Deanna M. Paige (by email)

950 Third Avenue ~ New York, New York 10022 ~ Tel. 212.308.7902 ~ Fax 646.568.9664