# YurowitzLaw PLLC

STEVEN Y. YUROWITZ

~

WILLIAM J. DOBIE
NAFTALI T. RABINOVICH

February 26, 2026

**By ECF**
Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:  *United States v. Joel Reich*
24 cr 335 (KMK)

Dear Judge Karas:

    I am writing to request a slight modification to the terms of Mr. Reich's supervised release conditions. I have communicated with AUSA Feinzig and I can represent that the government has no objection to the request.

    Standard Supervised Release Condition No. 3 would prohibit Mr. Reich "from leaving the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer." Mr. Reich travels for business to parts of New York and New Jersey and owns property in Florida. For this reason, under the terms of his bail bond, Mr. Reich was permitted unrestricted travel to the SDNY, EDNY, NDNY, the District of New Jersey and the Southern District of Florida. The government has no objection to amending this standard condition to permit unrestricted trave to these districts during his term of supervised release. I apologize for not focusing on this issue relating to the standard condition earlier which would have permitted me to raise it at the time of sentencing.

    Accordingly, we respectfully request that in issuing the written judgment Standard Condition No. 3 be amended to permit unrestricted travel to the SDNY, EDNY, NDNY, the District of New Jersey and the Southern District of Florida.

*Granted.*

*So ordered,*

*3/3/26*

Respectfully submitted,

Steven Y. Yurowitz

cc:  AUSA Margery Feinzig (by ECF)

950 Third Avenue ~ New York, New York ~ 10022 ~ Tel. 212.308.7900 ~ Fax 646.568.9664
