# YurowitzLaw PLLC

STEVEN Y. YUROWITZ

~

WILLIAM J. DOBIE

April 14, 2026

**By ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Joel Reich*
No. 24 Cr. 335 (KMK)

Dear Judge Karas:

This firm represents Joel Reich, the defendant in the above-referenced matter. I am writing to request a 30-day extension of Mr. Reich's time to surrender. On February 24, 2026, Mr. Reich appeared before Your Honor and was sentenced to a 24-month term of imprisonment. Your Honor set April 23, 2026, as the date by which Mr. Reich was to surrender. Mr. Reich has yet to be designated to a BOP facility. As a result, I am writing to request a 33-day extension of Mr. Reich's time to surrender, i.e., until May 26 (the day after Memorial Day).

I have communicated with AUSA Margery Feinzig and the government has no objection to this request.

Accordingly, we respectfully request that defendant's time to surrender is extended until Tuesday, May 26.

Granted.

So Ordered
4/14/26

Very truly yours,

Steven Y. Yurowitz

cc: AUSA Margery Feinzig (by ECF)

950 Third Avenue ~ New York, New York 10022 ~ Tel. 212.308.7902 ~ Fax 646.568.9664