# YurowitzLaw PLLC

STEVEN Y. YUROWITZ

~

WILLIAM J. DOBIE
NAFTALI T. RABINOVICH

June 15, 2026

**By ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Joel Reich*
No. 24 Cr. 335 (KMK)

Dear Judge Karas:

This firm represents Joel Reich, the defendant in the above-referenced matter. I am writing to request a 30-day extension of Mr. Reich's time to surrender. Your Honor previously granted Mr. Reich's motion to extend his surrender date until June 25, 2026. Mr. Reich has yet to be designated to a BOP facility. As a result, I am writing to request an additional 1-month extension of Mr. Reich's time to surrender, i.e., until Monday, July 27, 2026.

I have communicated with AUSA Margery Feinzig and the government has no objection to this request.

Accordingly, we respectfully request that defendant's time to surrender is extended until Monday, July 27, 2026.

Granted.                                          Respectfully submitted,

So Ordered.

6/15/26                                          Steven Y. Yurowitz

cc: AUSA Margery Feinzig (by ECF)

950 Third Avenue ~ New York, New York 10022 ~ Tel. 212.308.7902 ~ Fax 646.568.9664