UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | **Order of Restitution** |
| v. | **24 Cr. 335 (KMK)** |
| JOEL REICH, | |
| Defendant. | |

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Margery Feinzig, Assistant United States Attorney, of counsel; the presentence report; the defendant's conviction on Count One of the Information; and all other proceedings in this case, it is hereby ORDERED that:

1.    **Amount of Restitution**

JOEL REICH, the defendant, shall pay restitution in the total amount of $6,211,467, pursuant to 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A and 3664, to the victims of the offense charged in Count One. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

A.    **Apportionment Among Victims**

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid. Restitution shall be paid to the victims identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

2025.02.20

**2.    Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572) in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall make restitution  in accordance with the  following schedule:

Restitution can be made in installments pursuant to 18 U.S.C. §§ 3572(d)(1) and (2). The defendant is to commence monthly installment payments of 15 percent of the defendant's gross monthly income, payable on the 15th of each month, except that while the defendant serves a term of imprisonment, the required installment payments may be made through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Program (IFRP), subject to 18 U.S.C. § 3664(n).  Pursuant to BOP policy, the BOP may establish a payment plan by evaluating the defendant's six-month deposit history and subtracting an amount determined by the BOP to be used to maintain contact with family and friends.  The remaining balance may be used to determine a repayment schedule. BOP staff is to work with the defendant to develop a financial plan and shall monitor his progress in meeting his restitution obligation.

If the defendant discloses to the government or otherwise learns of additional assets not known to the government at the time of the Judgment in this case, the government may seek a court order modifying the payment schedule consistent with the discovery of these additional or new assets.

**3.    Payment Instructions**

2

2025.02.20

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order. Cash payments can be made, but not $10,000 or more.

4.    **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Unit) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5.    **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid

2025.02.20

balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue

until the estate receives a written release of that liability.

Dated: White Plains, New York

6/24/2026

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

4

2025.02.20