# YurowitzLaw PLLC

STEVEN Y. YUROWITZ
~
WILLIAM J. DOBIE
NAFTALI T. RABINOVICH

August 4, 2026

**By ECF**
Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Joel Reich*
24 cr 335 (KMK)

Dear Judge Karas:

At sentencing Your Honor permitted Mr. Reich to self-surrender to a designated facility. Mr. Reich has been designated to FCI Otisville Satellite Camp. In reviewing the judgment recently issued we noticed that the judgment directs Mr. Reich to surrender to the U.S. Marshal's custody on August 27, 2026.

We are writing to respectfully request that the judgment be amended to permit Mr. Reich to self-surrender to his designated facility, i.e., FCI Otisville Satellite Camp.

I have communicated with AUSA Margery Feinzig and the government has no objection to the requested relief. Accordingly, we respectfully request that the foregoing relief be granted.

There is no need to amend the judgment. Mr. Reich is to surrender to FCI Otisville by noon on August 27, 2026. This order supersedes the provision of the judgment, which was filed before a BOP designation was made.

Respectfully submitted,

Steven Y. Yurowitz

So Ordered.

8/4/26

cc: AUSA Margery Feinzig (by ECF)

950 Third Avenue ~ New York, New York ~ 10022 ~ Tel. 212.308.7900 ~ Fax 646.568.9664