UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOEL REICH,<br><br>Defendant. | ~~PROPOSED~~ ORDER EXONERATING BOND<br><br>24-CR-335 (KMK) |

WHEREAS, on October 18, 2023, this Court ordered the release of Mr. Reich on a $250,000 bond, to be secured by $100,000 in property and co-signed by two financially responsible persons.

WHEREAS, Mr. Reich has fully complied with the terms of his bond.

WHEREAS, on February 24, 2026, this Court sentenced Mr. Schwartz to a 24-month term of imprisonment.

IT IS HEREBY ORDERED, upon the application of counsel for Mr. Reich, that Mr. Reich's bond in this matter is hereby exonerated and released, and all suretors on Mr. Reich's bond are also released from any liability in connection with said bond.

IT IS FURTHERED ORDERED, that U.S. Pretrial Services or any other agency that has custody of Mr. Reich's passport return it to a member of Mr. Reich's family or Mr. Reich's counsel in this matter.

Dated: White Plains, New York
~~September~~ October 7, 2026

SO ORDERED

Hon. Kenneth M. Karas
United States District Judge